IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT L. BRONSON,

    Petitioner,

v.                                                 CASE NO. 4:05cv308-MMP/AK

JAMES V. CROSBY,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis*, by Robert L. Bronson. A review of his inmate account statement reveals that he has the funds to pay the $5.00 filing fee, in that his average balance for the last six months is more than $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis*, Document 2, is **DENIED**.

2. Petitioner shall have until **October 6, 2005**, to submit the $5.00 filing fee to the Clerk of Court.

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this  6th   day of September, 2005.

  *s/ A.  KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**