IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ROBERT L BRONSON,

    Petitioner,

v.                                            CASE NO. 4:05-cv-00308-MP-MD

JAMES R MCDONOUGH,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that Mr. Bronson's petition be dismissed as untimely. The petitioner objected, doc. 21. Petitioner filed his first state postconviction motion 223 days after his conviction became final on December 13, 2001. He then had state postconviction motions pending continuously until February 2, 2005. Then, he filed the instant habeas petition on August 19, 2005, two months after his one-year time limit under § 2254 expired. The Court agrees with the Magistrate Judge that the alleged delay in Petitioner receiving the final mandate in his direct appeal does not suffice to equitably toll the filing period. Even if the delay occurred, the petitioner still had 142 days after his final postconviction motion terminated in

which to file a timely federal petition.  Thus, the petitioner has not shown due diligence.

Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*   day of September, 2006

                  *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge